# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0882
_____

SHANNON MARIE OBRIEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

February 8, 2024

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam Blair Wilson, Assistant Attorney General, Tallahassee, for Appellee.